## HARRIS v. STATE.
### No. 19744.

Court of Criminal Appeals of Texas.
April 13, 1938.

W. M. Stamford, of Anderson, and A. H. Spann, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing distilled liquor, the containers not bearing a stamp tax, punishment being a fine of $250.

The record contains neither statement of facts nor bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.

## HARRIS v. STATE.
### No. 19745.

Court of Criminal Appeals of Texas.
April 13, 1938.

W. M. Stamford, of Anderson, and A. H. Spann, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for violation of the liquor laws; punishment, four months' confinement in the county jail.

The record is before us without a statement of facts or bills of exception. The information and complaint are in due form and sufficient to charge the offense.

All matters appearing regular, the judgment of the trial court is affirmed.